UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
December 09, 2014
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ASHLEY CHANG,

    Defendant.

Case No. 2:14-cr-00330-GEB

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  ASHLEY CHANG ,

Case No.  2:14-cr-00330-GEB , from custody for the following reasons:

    ____ Release on Personal Recognizance

     X  Bail Posted in the Sum of    $300,000

    ____ Unsecured Appearance Bond $

    ____ Appearance Bond with 10% Deposit

    ____ Appearance Bond with Surety

    ____ Corporate Surety Bail Bond

     X  (Other):  Pretrial supervision conditions

Issued at Sacramento, California on December 09, 2014 at  3:05 pm

By: _____

Magistrate Judge Carolyn K. Delaney