HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
ASHLEY CHANG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-CR-0330 GEB |
| Plaintiff, | **REQUEST TO EXONERATE BOND;** |
| vs. | **ORDER (proposed)** |
| ASHLEY CHANG, | |
| Defendant. | Judge: Hon. Edmund F. Brennan |

   Ms. Chang asks the Court to enter an order exonerating the bond ordered on December 3, 2014, in light of her surrender for service of sentence.

   On December 3, 2014, the Court ordered Ms. Chang released on a $300,000.00 bond secured by real properties.  Doc. 18.  Ms. Chang posted the bond on December 10, 2014.  Docs. 22 (listing properties); 24 & 28 (deeds of trust).  Ms. Chang made all her appearances and, on December 16, 2015, Judge Burrell ordered her

-1-

to serve 24 months in custody. Doc. 53. She surrendered as ordered on February 16, 2016, and is presently incarcerated at Dublin FCI.

Counsel for the government advises that the government does not object to entry of an order exonerating bond and reconveying the properties to the sureties as appropriate.

A proposed order follows.

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: March 4, 2016         /s/ T. Zindel_____
                             TIMOTHY ZINDEL
                             Assistant Federal Defender
                             Attorney for ASHLEY CHANG


**O R D E R**

Bond for defendant Ashley Chang is exonerated. The Clerk of the Court shall reconvey the properties securing the bond as appropriate.

IT IS SO ORDERED.

Dated: March 7, 2016         _____
                             HON. EDMUND F. BRENNAN
                             United States Magistrate Judge