# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

# M E M O R A N D U M

| | |
|---|---|
| Honorable Garland E. Burrell, Jr.<br>Senior United States District Judge<br>Sacramento, California | **RE:** Ashley Chang<br>Docket Number: 2:14CR00330-2<br><u>**PERMISSION TO TRAVEL**</u><br><u>**OUTSIDE THE COUNTRY**</u> |

Your Honor:

Ashley Chang is requesting permission to travel to Myanmar. She is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On October 16, 2015, Ashley Chang was sentenced for the offense of 21 USC 841(a)1), Manufacture of Marijuana (Class B Felony).

**Sentence Imposed:** 24 months custody in Bureau of Prisons; 24 months Term of Supervised Release; and $100 Special Assessment (paid).

**Dates and Mode of Travel:** June 26, 2019, through August 2, 2019, via China Airlines.

**Purpose:** Visit family.

**RE:    Ashley Chang
        Docket Number:  2:14CR00330-2
        <u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>**

Respectfully submitted,

Adrian Garcia
United States Probation Officer

Dated:    June 21, 2019
          Fresno, California
          AG/rv

**REVIEWED BY:**       */s/ Tim Mechem for*

**Brian J. Bedrosian
Assistant Deputy Chief United States Probation Officer**

## ORDER OF THE COURT

**The Court orders:**

☒ Approved   ☐ Disapproved

**Dated:  June 25, 2019**

GARLAND E. BURRELL, JR.
Senior United States District Judge